# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

November 28, 2022

*By ECF*

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 29, 2022

**Re:** *United States v. Dayvon Wilson*, **22 CR 349 (RA) – Request for three-day adjournment of due date for sentencing submission**

Dear Judge Abrams:

      I represent Dayvon Wilson in the above-referenced case. I write to respectfully request a three-day adjournment of the due date for Mr. Wilson's sentencing submission to Monday, December 5, 2022. Mr. Wilson's sentencing is scheduled for December 16, 2022. The government consents to this request.

Respectfully submitted,


/s/
Zachary S. Taylor

cc:    Hagan Scotten, Esq.
        Jessica Greenwood, Esq.
            Assistant United States Attorneys